# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICAH ANDERSON,                              )
                                             )
            Plaintiff,                       )
                                             )
    v.                                       )      Civil Action No. 22-1195 (UNA)
                                             )
EVE KLINDERA REED, *et al.*,                 )
                                             )
            Defendants.                      )

## MEMORANDUM OPINION

Under the statute governing *in forma pauperis* proceedings, the Court is required to dismiss a case "at any time" it determines that the action is frivolous, malicious, or fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2). Here, having reviewed the complaint carefully, the Court cannot discern what claim or claims plaintiff intends to bring; the complaint will thus be dismissed. S*ee Gwinnell-Kennedy v. U.S. Gov't Judiciary*, No. 09-cv-737, 2009 WL 1089543, at *1 (D.D.C. Apr. 22, 2009) (summarily dismissing complaint under § 1915(e)(2) because it was "incoherent"); *McGuire v. U.S. District Court*, No. 10-cv-696, 2010 WL 1855858, at *1 (D.D.C. May 4, 2010) (summarily dismissing complaint under § 1915(e)(2) because it was "largely incoherent and nonsensical"); *cf. Neitzke v. Williams*, 490 U.S. 319, 325 (1989) ("[A] complaint, containing . . . . factual allegations and legal conclusions . . . lack[ing] an arguable basis either in law or in fact" shall be dismissed.). In addition, the Court will grant plaintiff's application to proceed *in forma pauperis* and deny his motion for preliminary injunction as moot. A separate order will issue.


DATE: May 6, 2022                            _____
                                             TREVOR N. McFADDEN
                                             United States District Judge